PD-1259-14

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 09 2015
Abel Acosta, Clerk

No. 04-13-00705-CR

In The
court of criminal Appeals
Austin, Texas

FILED IN
COURT OF CRIMINAL APPEALS
MAR 11 2015
Abel Acosta, Clerk

Adam Ayala
V.
The state of Texas

From Appeal No. 04-13-00705-CR
Trial Cause. No. 2013-CR1053
Bexar County

Motion For Extension of Time to File petition
for Discretionary Review.

To The HONORABLE Judges of the court of criminal
Appeals:

comes now Adam Ayala, petitioner, and files
this motion for a Extension of Thirty (30) to sixty
(60) days in which to re-submitt a petition for Dis-
cretionary Review in the 11.07 format for as of
the 14th day of January, 2015 my PRO-SE motion had
been "refused". In support of this motion, Appellant
will show the court's the Following:
                    I.

The petitioner was convicted in the 227th District
court of Bexar County, Texas of the offense of F2
poss cs pg 1 4-200 grams in Cause No. 2013CR1053
styled state of Texas vs. Adam Ayala, The petitioner
Appealed to the court of Appeals 227th Surpreme

Page 1 of 3

Judical District, The case was AFFirmed on the 3rd day of September, 2014.

## II.

The petitioner present's his deadline For Filing the petition for Discretionary Review was the 2nd of December, 2014 and was refused on the 14th of January, 2015 and was neglient of the 15 day's From the date of refusal needing a motion For rehearing.

## III.

Petitioner's requesting for an extention and is based upon the Following Facts: Petitioner was not in the Understanding of the 15 day motion For rehearing and Instead is producing the Discretionary Review in the 11.07 Format due to the refusal, and has Just been informed on the 25th of February, 2015 of legal issue's needing to be re-assesed, and I am not Repersented by any legal aid and is very limited of use of our out dated Law Libary.

WHEREFORE, petitioner pray's this HONORABLE court grant and re-issue a deadline for filing the 11.07 Format For Discretionary Review in Cause NO. 2013-CR-1053 to 04-13-00705-CR.

Respectfully Requested,

PRO-SE

Adam Ayala SID#879745
PRO-SE, 200 N. Comal
San Antonio, Texas 78207

SANDRA LNN MALLOY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-22-2019

March 3, 2015

## UNSWORN DECLARATION BY INMATE

I, _Adam Ayala_ , SID _879745_

Being presently incarcerated in the Bexar County Adult Detention Center, San Antonio, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the _3rd_ day of _March 2015._

_____
Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 3rd day of March ,2015, a true and correct copy of the above and foregoing

Motion For Extension of Time to file petition for Discretionary Review

was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

SANDRA LNN MALLOY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp.02-22-2019

March 3, 2015

_____
Defendant

## ORDER

On this the _____ of _____, _____, came on to be heard Defendant's

_____

_____

and said motion is hereby

( ) GRANTED        ( ) DENIED

Signed this _____ of _____, _____.


_____
Judge Presiding

Page 3 of 3